UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JAMES L. BOLDEN, JR.** | * | **CIVIL ACTION NO. 13-1612**<br>Section P |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LARRY COX, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# RULING

Pending before the Court is a civil rights Complaint filed by Plaintiff James L. Bolden, Jr. ("Bolden"). On October 21, 2014, the Magistrate Judge issued a Report and Recommendation [Doc. No. 34] recommending that the Court grant Defendants' unopposed Motion for Summary Judgment [Doc. No. 30] and dismiss Bolden's claims for failure to exhaust his administrative remedies.

Although Bolden failed to oppose the Motion for Summary Judgment, on November 26, 2014, he filed objections [Doc. No. 37] to the Report and Recommendation. In his objections, as he did previously, Bolden made unsworn allegations that he had followed the prison grievance process.

On December 4, 2014, Defendants filed a response [Doc. No. 38] to Bolden's objections. As they point out, first, Bolden failed to submit proper evidence, either in the form of a declaration or affidavit, to support his claims. Nevertheless, even if his allegations were properly supported, Defendants point out that Bolden admits that he failed to comply with the third step of the three-step grievance procedure at Madison Parish Detention Center.

Having reviewed the Magistrate Judge's Report and Recommendation and the entire

record in this matter, including Bolden's objections and Defendants' response thereto, the Court hereby ADOPTS the Report and Recommendation, GRANTS Defendants' Motion for Summary Judgment [Doc. No. 30] and DISMISSES WITHOUT PREJUDICE Bolden's claims.  Even if the Court could rely on Bolden's allegations, he admittedly failed to exhaust his administrative remedies because he did not comply with all three steps of the grievance procedure.

MONROE, LOUISIANA, this 10th day of December, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE