# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **JAMES L. BOLDEN, JR.** | * | **CIVIL ACTION NO.  13-1612**<br>**Section P** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **LARRY COX, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and for those additional reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 30] filed by Defendants Sergeant O'Neal, Captain Brooks, Deputy Williams, and Lieutenant McCloud is GRANTED, and Plaintiff's claims against said Defendants are hereby DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 10th day of December, 2014.